# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 20-1873

———————————————

United States of America,

*Plaintiff - Appellee*,

v.

Donald Mauzy, also known as Lucky,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: October 28, 2021
Filed: November 4, 2021
[Unpublished]

——————————

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Donald Mauzy appeals the sentence imposed by the district court[1] after he pleaded guilty to drug trafficking and firearms offenses, pursuant to a plea agreement

———————————————

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

containing an appeal waiver. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We will enforce the appeal waiver in this case because we conclude that the waiver is valid, enforceable, and applicable to this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). Further, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel leave to withdraw, and dismiss this appeal.

_____